# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 26-mj-8509-WM

UNITED STATES OF AMERICA

v.

MEFI BOSED REYES-RODRIGUEZ,

FILED BY_____SW_____D.C.

**Jul 1, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

                    Defendant.                    /

## CRIMINAL COVER SHEET

1.  Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? ☐ Yes ☑ No

2.  Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? ☐ Yes ☑ No

3.  Did this matter involve the participation of or consultation with now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? ☐ Yes ☑ No

4.  Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? ☐ Yes ☑ No

5.  Did this matter involve the participation of or consultation with Magistrate Judge Yeney Hernandez during her tenure at the U.S. Attorney's Office, which concluded on April 2, 2026? ☐ Yes ☑ No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

*Violette Bishai*

VIOLETTE BISHAI
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.     1042298
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:     (561) 820-8711
Fax:     (561) 820-8777
Email:   Violette.Bishai@usdoj.gov

AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| MEFI BOSED REYES-RODRIGUEZ, | ) | Case No.   26-mj-8509-WM |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

FILED BY____SW____D.C.

**Jul 1, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____June 26, 2026_____ in the county of _____Palm Beach_____ in the _____Southern_____ District of _____Florida_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C.  §1326(a) | Unlawful re-entry into the United States after deportation. |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Andy Korzen, ICE Deportation Officer
*Printed name and title*

Sworn to and attested to me by applicant by telephone (Facetime) per the requirements of Fed. R. Crim. P.4 (d) and 4.1.

Date: _____07/01/2026_____

_____
*Judge's signature*

City and state:        West Palm Beach, FL         William Matthewman, Chief U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**
**OF**
**ANDY KORZEN**
**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**
<u>**IMMIGRATION AND CUSTOMS ENFORCEMENT**</u>

I, Andy Korzen, being duly sworn, depose and state as follows:

1.      I am a Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over twenty-three years. I am currently assigned to the ICE Enforcement and Removal Operations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2.      This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Mefi Bosed REYES-RODRIGUEZ committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a).

3.      On or about June 26, 2026, Mefi Bosed REYES-RODRIGUEZ was arrested in Palm Beach County, Florida on the offenses of driving under the influence and operating motor vehicle without a valid license. He was booked and detained at the Palm Beach County Jail.

4.      A review of the immigration records shows that Mefi Bosed REYES-RODRIGUEZ is a native and citizen of Honduras. Records further show that on or about December 18, 2016, Mefi Bosed REYES-RODRIGUEZ was ordered removed from the

1

United States. The Order of Removal was executed on or about December 23, 2016, whereby Mefi Bosed REYES-RODRIGUEZ was removed from the United States and returned to Honduras.

5.     Thereafter, Mefi Bosed REYES-RODRIGUEZ re-entered the United States illegally and on or about November 20, 2020, was expelled from the United States and returned to Mexico under provision of Title 42, United States Code, Section 265.

6.     Mefi Bosed REYES-RODRIGUEZ's fingerprints taken in connection with his June 26, 2026, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Mefi Bosed REYES-RODRIGUEZ.

7.     A record check was performed in the Computer Linked Application Informational Management System to determine if Mefi Bosed REYES-RODRIGUEZ filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Mefi Bosed REYES-RODRIGUEZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

[This space left intentionally blank]

2

8. Based on the foregoing, I submit that probable cause exists to believe that, on or about June 26, 2026, Mefi Bosed REYES-RODRIGUEZ, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this __1st__ day of July 2026.

WILLIAM MATTHEWMAN
CHIEF UNITED STATES MAGISTRATE JUDGE

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**:   MEFI BOSED REYES-RODRIGUEZ

**Case No**:  26-mj-8509-WM

Count #1:

Unlawful re-entry into the United States after deportation.

8 U.S.C.  §1326(a)

* **Max. Term of Imprisonment:** 2 years
* **Mandatory Min. Term of Imprisonment (if applicable):** n/a
* **Max. Supervised Release:**  up to 1 year
* **Max. Fine:** $250,000
* **Special Assessment:** $100 upon conviction

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**